ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland CA 94607
510.452.8400 t
510.452.8405 f
erik@babcocklawoffice.com

Attorney for Defendant
BENITO CANALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 11-CR-00355 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER VACATING COURT APPEARANCE AND MODIFING CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| BENITO CANALES, | |
| Defendant. | |

    A Form 12 was filed on July 9, 2020.  Defendant Benito Canales is schedule to appear for a status conference on February 1, 2021 at 1:30 p.m.  The parties are advised by the Probation Officer that Mr. Canales is doing well on supervision.  With the agreement of Probation, and good cause appearing, the parties therefore stipulate and agree as follows:

1. The Court should take Judicial Notice of the Form 12 at Docket 993;

2. The Court should modify the conditions of supervised release to add the following condition:

   "The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation

officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer"; and

3. The Court should vacate the status conference currently set February 1, 2021.

**SO STIPULATED**.

Dated: January 21, 2021

/s/
STEPHEN MEYER
ASSISTANT U.S. ATTORNEY

Dated: January 21, 2021

/s/
ERIK BABCOCK, ESQ.
Attorney for BENITO CANALES

**SO ORDERED**.

Dated: January 21, 2021

HONORABLE EDWARD J. DAVILA
United States District Judge

Stip re Sentencing
United States v. Canales et al.,
No. CR 11-00355 EJD